UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

      CASE NO. 10-11018

REMA SUZANA KHALAF     HONORABLE DENISE PAGE HOOD

    Debtor,

_____/

## ORDER DISMISSING BANKRUPTCY APPEAL FOR LACK OF PROSECUTION

On March 12, 2010, Appellant Rema Khalaf filed a Notice of Appeal in the above-captioned matter. Appellant filed no other documents.

Federal Rule of Bankruptcy Procedure 8001(a) allows the district court the authority to dismiss appeals for non-prosecution. *See Harris v. Callwood*, 844 F.2d 1254 (6th Cir. 1988). Bankruptcy Rule 8006 requires an appellant to file a designation of the items to be included in the record on appeal and a statement of the issues presented, within fourteen (14) days after the filing of the notice of appeal. Appeal briefs are governed by Rule 8009, which requires an appellant to serve and file a brief within 15 days after the appeal is docketed.

Appellant did not file a designation of record, nor any appeal briefs. It appears Appellant is proceeding *pro se*. However, proceeding *pro se* does not exempt a party from compliance of the rules. *See Jourdan v. Jabe*, 951 F.2d 108, 110 (6th Cir. 1991).

Accordingly,

**IT IS ORDERED** that this bankruptcy appeal be **DISMISSED** for lack of prosecution pursuant to E.D. Mich. Local Rule 41.2 and Bankruptcy Rule 8001(a).

        s/ DENISE PAGE HOOD
        DENISE PAGE HOOD
Dated: July 30, 2010     UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon Rema Suzana Khalaf, 7425

Anthony, Dearborn, MI 48126 on July 30, 2010, by electronic and/or ordinary mail.

                                                      S/William F. Lewis
                                                      Case Manager